# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

PHILLIP DEWAYNE STEWART                                             PLAINITIFF
ADC # 151956

V.                    CASE NO. 4:17CV00641-SWW-BD

DOC HOLLADY, et al.                                                  DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Plaintiff's objections, and pertinent portions of the record, the Court finds that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, pursuant to the judgment entered together with this order, this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, THIS 6TH DAY OF DECEMBER, 2017.


                                                /s/ Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE