# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

PHILLIP DEWAYNE STEWART                                                    PLAINITIFF
ADC # 151956

V.                    CASE NO. 4:17CV00641-SWW-BD

DOC HOLLADY, et al.                                                         DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 6TH DAY OF DECEMBER, 2017.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE